# SIMON, FITZGERALD, COOKE, REED & WELCH

SIMON FITZGERALD, LLC
ATTORNEYS AT LAW

PAUL M. COOKE
KEITH M. WELCH
KEVIN R. MOLLOY
L. LABAN LEVY
A. KIP WALL
KARL M. HELO
DAVID K. WELCH
MATTHEW B. PETTAWAY

4700 LINE AVENUE, SUITE 200
SHREVEPORT, LOUISIANA 71106

www.SimonFitzgerald.com

October 10, 2014

FRED SIMON (1993)
THOMAS P. FITZGERALD (1993)
ARCHIE M. SIMON (1997)
GERALD J. BREAUX (2012)

OF COUNSEL
CHATHAM H. REED
J. PATRICK HENNESSY

TELEPHONE (318) 868-2600
TOLL FREE (866) 646-2600
FACSIMILE (318) 868-8966

Mr. Edward A. Takara, Clerk
United States Bankruptcy Court
300 Fannin Street, Suite 2201
Shreveport, Louisiana 71101

Re: Tyesha Lashadra Coler
Case No. 09-12354

Dear Mr. Takara:

The above referenced debtor has a change of address. The old address is listed as 8200 Pines Rd. Apt. 2604, Shreveport, LA 71129. The new address is as follows:

**432 Rosary Lane**
**Shreveport, LA 71108**

Thank you for your assistance in this matter. If you have any questions, please call.

Sincerely,
SIMON, FITZGERALD, COOKE, REED & WELCH

By: /s/ Tara Hand
Tara Hand
Secretary to the Firm

/tzh
cc: Tyesha Lashadra Coler
432 Rosary Lane
Shreveport, LA 71108

*LOUISIANA'S OLDEST BANKRUPTCY LAW FIRM*

10626 LINKWOOD CT., STE. C
BATON ROUGE, LA 70810
PHONE (225) 763-4700

ONE LAKESHORE DR.
CAPITAL ONE TOWER, STE. 1600
LAKE CHARLES, LA 70629
PHONE (337) 436-7222

2901 JOHNSTON ST., STE. 202
LAFAYETTE, LA 70503
PHONE (337) 984-1584